## Dick Miller Electric Co., Appellant, *v.* N. T. C. Properties, Inc., et al.

Argued November 18, 1975. *Maurice A. Nernberg, Jr.,* with him *Nernberg & Nernberg,* for appellant; *William John Chapas,* with him *Frank R. Bolte,* and *Baskin, Boreman, Wilner, Sachs, Gondelman & Craig,* for appellees.

Order affirmed.

## Dickson Appeal.

Before SAWYER, P. J.

Argued November 21, 1975. *Richard G. Spagnolli,* with him *William R. Caroselli,* and *McArdle, Henderson, Caroselli, Spagnolli & Beachler,* for appellant; *Layden C. Sadrecky,* submitted a brief for appellee.

Order affirmed.